IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LLOYD T. SCHUENKE and ERNEST M. HANSON,

          Plaintiff,                            ORDER

      v.                                      13-cv-865-bbc

WISCONSIN DEPARTMENT OF CORRECTIONS,
EDWARD WALL, CHARLES COLE,
DENNIS SCHUH, JUDY P. SMITH,
STEVE WIERENGA, MARK WEISGERBER,
CAPTAIN TESS, KATHY SABEL,
SANDY DEYOUNG, CORRECTIONAL OFFICER OLIG,
CORRECTIONAL OFFICER YINGLERS,
SERGEANT HUNT, CORRECTIONAL OFFICER TURNER,
CORRECTIONAL OFFICER HARRINGTON,
CORRECTIONAL OFFICER DILLMAN,
CORRECTIONAL OFFICER RIEGERT, SERGEANT TRITT,
CORRECTIONAL OFFICER EWIRT,
CORRECTIONAL OFFICER MARTINEZ,
SERGEANT OSTROWSKI and
CORRECTIONAL OFFICER JANE/JOHN DOE,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     In an order entered on March 7, 2014, I dismissed plaintiffs Lloyd Schuenke's and Ernest Hanson's complaint for failure to comply with Fed. R. Civ. P. 8, warned plaintiffs of the pitfalls and their responsibilities in prosecuting a lawsuit jointly and gave them until March 28, 2014 to withdraw from the lawsuit or submit a trust fund account statement. I also gave them until that date to file an amended complaint more fully setting forth their

claims if they wished to continue. It is long past that deadline and neither plaintiff has responded in any way. As I told plaintiffs in the March 28 order, because they have not confirmed that they wish to proceed in a joint lawsuit or submitted their trust fund account statements so that I may determine their respective initial partial payments of their filing fees, I will consider them to have withdrawn the lawsuit. The case will be dismissed and neither plaintiff will be charged any portion of the filing fee.

ORDER

IT IS ORDERED that plaintiffs Lloyd Schuenke and Ernest Hanson are held to have withdrawn this action voluntarily and the case is DISMISSED without prejudice. The clerk of court is directed to close the case. Neither plaintiff will owe a filing fee for this action.

Entered this 14th day of April, 2014.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge